

# NUMBER 13-11-00140-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

OMAR CUEVAS, ELIZABETH CUEVAS,                          APPELLANTS,
AND HOC PROPERTIES, INC.,

**v.**

WHEAT INVESTMENTS, INC.,                                        APPELLEE.

## On Appeal from the County Court at Law No. 4
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellants, Omar Cuevas, Elizabeth Cuevas and HOC Properties, Inc.,

perfected an appeal from a judgment entered by the County Court at Law No. 4 of Hidalgo

County, Texas, in cause number CL-10-3099-D.   On January 12, 2012, the appeal was

abated because the reporter's record was lost.   This appeal is hereby REINSTATED.

Appellants have filed an unopposed motion to dismiss the appeal on grounds that the parties have reached an agreement which renders this appeal moot. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of April, 2012.